Marshall A. Lerner (State Bar No. 55224)
mlerner@kleinberglerner.com
Steven J. Kim (State Bar No. 297235)
skim@kleinberglerner.com
Bradford E. Mattes (State Bar No. 159004)
bemattes@kleinberglerner.com
KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067-2501
Telephone: (310) 557-1511
Facsimile: (310) 557-1540

Attorney for Plaintiffs Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC, II, <br><br>          Plaintiffs, <br><br>     v. <br><br> LAFORST SHOES, INC. and Does 1-10 inclusive, <br><br>          Defendants. | Case No.:  CV 23-06783-JLS (MAAx) <br><br> **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** |

Plaintiffs Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II (collectively "Skechers") respond as follows to the Court's September 13, 2023 Order to Show Cause re Dismissal for Lack of Prosecution.

**GOOD CAUSE**

The complaint in this action was served on defendant Laforst Shoes, Inc. ("Laforst Shoes") on August 18, 2023 and plaintiff Skechers filed proof of that service with the Court on August 24, 2023.  Since that time, the parties have engaged in settlement discussions.  Defendant Laforst Shoes has not yet responded to the complaint, nor has it sought a stipulation to extend its time to respond.  As of September 14, 2023, the parties have agreed to a settlement in principle.  This settlement is expected to be finalized shortly followed by the filing of a stipulated judgment and injunction.

Based on the foregoing, plaintiff Skechers submits that the action is being prosecuted diligently and requests that the Court allow it thirty (30) days to either (1) finalize its settlement with Defendant Laforst Shoes and file a stipulated judgment and injunction, or (2) to file for a default judgment if a settlement has not been finalized by then and the complaint still has not been responded to by Defendant Laforst Shoes.  Lodged concurrently herewith is a proposed order in this regard, a copy of which is also attached as Exhibit 1.

KLEINBERG & LERNER, LLP

September 18, 2023        By:  /s/Marshall A. Lerner
                                     Marshall A. Lerner

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Steven J. Kim
Bradford E. Mattes
Attorneys for Plaintiffs Skechers U.S.A., Inc.
and Skechers U.S.A., Inc. II