# JS-6

NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC, II, <br><br> Plaintiffs, <br><br> v. <br><br> LAFORST SHOES, INC. and Does 1-10 inclusive, <br><br> Defendants. | Case No.: CV 23-06783-JLS (MAAx) <br><br> **JUDGMENT** |

# JUDGMENT

Plaintiffs Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II (collectively "Skechers") and defendant Laforst Shoes, Inc. ("Laforst") have filed a paper advising the Court that they have signed a settlement agreement that resolves all the issues raised in this action and that they have stipulated to a proposed judgment and injunction. Based thereon, the Court ORDERS, ADJUDGES, and DECREES that:

1. Judgment is hereby entered in favor of Skechers and against Laforst on each one of Skechers' five claims that Laforst infringed each one of the following five United States design patents (hereinafter the "Hands Free Patents") owned by Skechers:

| Patent Number | Title |
|---|---|
| US D979,917 | Shoe Upper |
| US D986.576 | Shoe Upper |
| US D990,858 | Shoe Upper |
| US D992,888 | Shoe Upper Component |
| US D994,312 | Shoe Upper Component |

2. Skechers and Laforst shall each bear their respective costs and attorney fees.

# INJUNCTION

Further based on the above-referenced settlement, the Court ORDERS as follows:

3. Laforst and its officers, agents, employees, representatives, assigns, and attorneys and those in active concert or participation with Laforst who receive actual notice of this order, are enjoined from the manufacture, use, offer for sale, and/or sale

within the United States and/or from importing into the United States (1) the Laforst Hands Free Shoe, a sample image of which appears below, and (2) any other shoe that embodies any ornamental feature claimed in one of the five Hands Free Patents.



Laforst Hands Free Shoe

4.  This injunction shall remain in full force and effect until the last of the five Hands Free Patents expires.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: October 26, 2023  _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE